United States District Court
Southern District of Texas

**ENTERED**
June 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICARDO VALDEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:25-CV-00322 |
| | § | |
| LARISSA WYSOCKI, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Julie K. Hampton's Memorandum and Recommendation ("M&R"). (D.E. 10). The M&R recommends that the Court:

- Grant Respondent's motion for summary judgment, (D.E. 9);

- Dismiss Petitioner's petition, (D.E. 1); and

- Deny Petitioner a certificate of appealability ("COA").

(D.E. 10, p. 6–7).

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.) (citation omitted).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous

or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 10). Accordingly, the Court **GRANTS** Respondent's motion for summary judgment, (D.E. 9), and **DISMISSES** Petitioner's petition, (D.E. 1). The Court further **DENIES** Petitioner a certificate of appealability. The Court will enter a final judgment separately.

The Court **DIRECTS** the Clerk of Court to mail a copy of this Order to Plaintiff at the address on file by certified mail with return receipt requested.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
        June 26th, 2026

2 / 2